1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
3  ERIC Y. HWANG (State Bar No. 258966)
   2029 Century Park East
4  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
5  Facsimile: 310-556-5959
   E-Mail: lacalendar@stroock.com
6
7  Attorneys for Defendant
     CITIBANK (SOUTH DAKOTA), N.A., erroneously
8    sued as CITICORP CREDIT SERVICES, INC. d.b.a.
     CITIBANK (SD), N.A.
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  KATRESE L. NICKELSON,               )  Case No. **CV10-03076 JFW
                                        )                        (RZ)
14              Plaintiff,              )
                                        )
15        vs.                           )  NOTICE OF REMOVAL OF
                                        )  DEFENDANT
16  CITICORP CREDIT SERVICES, INC.      )
17  d.b.a. CITIBANK (SD), N.A.          )
                                        )  (Pursuant to *28 U.S.C. § 1331* –
18              Defendant.              )  Federal Question)
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )  Action Filed:  March 18, 2010
                                        )
22                                      )
                                        )
23  _____)

24

25

26

27

28

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. Sections 1331, 1441(a), and 1446, defendant Citibank (South Dakota), N.A., erroneously sued as Citicorp Credit Services, Inc. d.b.a. Citibank (SD), N.A. ("Citibank") hereby removes the action entitled <u>Nickelson v. Citicorp Credit Services, Inc. d.b.a. Citibank (SD), N.A.</u>, Superior Court of California, County of Los Angeles, Case No. 10M02678 (the "Action"), to the United States District Court for the Central District of California on the following grounds:

1.    <u>Citibank's Removal Is Timely</u>.  Plaintiff Katrese L. Nickelson ("Plaintiff") filed the Claim and ORDER to Go to Small Claims Court (the "Complaint") in the Action on March 18, 2010.  A true and correct copy of the Complaint is attached hereto as Exhibit A.  Plaintiff mailed the Complaint to Citibank in the Action on or about March 23, 2010 and it was received thereafter. Accordingly, Citibank has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has filed it within 30 days of receipt of the Complaint, and within one year after "commencement of the action" in state court.

2.    Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings, process and orders served on Citibank in the Action are attached as Exhibit A.

3.    <u>This Court Has Removal Jurisdiction Over This Action</u>.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331 and is one which may be removed to this Court by Citibank pursuant to the provisions of 28 U.S.C. Section 1441(b) in that Plaintiff alleges in the Complaint violations of the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681, <u>et seq.</u> ("FCRA") (<u>see</u> Complaint, SC-100, Item 3), claims that are created by, and arise under, federal law.  To the extent any other claims in the Action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

NOTICE OF REMOVAL OF DEFENDANT

LA 51259317v2

1  Sections 1367 and 1441(c). Citibank denies any wrongdoing or liability in the action

2  or that Plaintiff has suffered any damage whatsoever.

3      4.      This Court is the proper district court for removal because the Superior

4  Court of the State of California for the County of Los Angeles is located within the

5  United States District Court for the Central District of California.

6      5.      <u>Notice Has Been Effected</u>.  Citibank concurrently is filing a copy of this

7  Notice of Removal of Action with the Superior Court of the State of California for

8  the County of Los Angeles.  Citibank will concurrently serve Plaintiff with copies of

9  this Notice of Removal and the Notice filed in the Action.

10

11  Dated:  April 23, 2010          STROOCK & STROOCK & LAVAN LLP
                                    JULIA B. STRICKLAND
12                                  MARCOS D. SASSO
                                    ERIC Y. HWANG
13

14                                  By: _____
15                                          Eric Y. Hwang

16                                  Attorneys for Defendant
                                        CITIBANK (SOUTH DAKOTA), N.A,
17                                      erroneously sued as CITICORP CREDIT
                                        SERVICES, INC. d.b.a. CITIBANK
18                                      (SD), N.A.

19

20

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 2 -

NOTICE OF REMOVAL OF DEFENDANT

LA 51259317v2

**EXHIBIT "A"**

**SC-100**

## Plaintiff's Claim and ORDER ~~DEFENDANT~~ DEFENDANT
## to Go to Small Claims Court

*Clerk stamps date here when form is filed.*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 1 8 2010

John A. Clarke, Executive Officer/Clerk
By_____, Deputy
CANDICE JACKSON

### Notice to the person being sued:

* You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.

* You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.

* If you lose, the court can order that your wages, money, or property be taken to pay this claim.

* Bring witnesses, receipts, and any evidence you need to prove your case.

* Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

* Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.

* Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.

* Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.

* Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.

* Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

**Superior Court of California, County of**
**LOS ANGELES**
**110 NORTH GRAND AVENUE**
**LOS ANGELES, CA 90012**

*Clerk fills in case number and case name:*

**Case Number:** 10V02678

**Case Name:**
Nickelson vs. Citicorp Credit Services, Inc.

---

**Order to Go to Court**

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 5/6/2010 | 8:30 AM | DEPT. 90, RM(S) 1 | 110 N. GRAND AVE, LA, CA |
| 2. | | | | |
| 3. | | | | |

Date: MAR 1 8 2010          Clerk, by _____, Deputy

### Instructions for the person suing:

* You are the Plaintiff. The person you are suing is the Defendant.

* *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*

* Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Mail or take the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.

* You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C

* Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

---

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.

**Plaintiff's Claim and ORDER**
**to Go to Small Claims Court**

SC-100, Page 1 of 5
➡

Exhibit p. 3

Plaintiff *(list names)*: _____

| Case Number: |
|---|
| 10X02678 |

---

**(1)** **The Plaintiff (the person, business, or public entity that is suing) is:**

Name: KATRESE L NICKELSON                                   Phone: (310) 245-8083

Street address: 1518 W 105TH STREET          LOS ANGELES  CA      90047
                *Street*                              *City*        *State*    *Zip*

Mailing address *(if different)*: PO BOX 37          HARBOR CITY  CA      90710
                                 *Street*                   *City*         *State*    *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____          Phone: ( )

Street address: _____
                *Street*                              *City*        *State*    *Zip*

Mailing address *(if different)*: _____
                                 *Street*                   *City*         *State*    *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

---

**(2)** **The Defendant (the person, business, or public entity being sued) is:**

Name: CITICORP CREDIT SERVICES, INC. (USA)                Phone: (605) 331-1630

Street address: 1 COURT SQUARE          LONG ISLAND  NY      11120
                *Street*                         *City*        *State*    *Zip*

Mailing address *(if different)*: 818 WEST SEVENTH STREET  LOS ANGELES  CA      90017
                                 *Street*                        *City*         *State*    *Zip*

**If more than one Defendant, list next Defendant here:**

Name: _____          Phone: ( )

Street address: _____
                *Street*                              *City*        *State*    *Zip*

Mailing address *(if different)*: _____
                                 *Street*                   *City*         *State*    *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

---

**(3)** **The Plaintiff claims the Defendant owes $** 7,000 — _____. *(Explain below)*:

a. Why does the Defendant owe the Plaintiff money? Defendant is reporting false and inaccurate information on Plaintiff's Equifax report regarding Plaintiff's Zales # 5424 and Visa # 6035 account in violation of the FCRA §1681et seq, the RFDCPA §1788 et seq, and the CCRAA §1785 et seq.

b. When did this happen? *(Date)*: _____  July 2009  *Through*: Present
   If no specific date, give the time period: *Date started*: July 2009  *Through*: Present

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* _____
   Statutory damages pursuant to the FCRA §1681k, RFDCPA §1788.30, and the CCRAA §1785.31.

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

---

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
*(Small Claims)*

Exhibit p. 4

Plaintiff *(list names)*: _____

| Case Number: |
|---|
| 10X02678 |

**(4)** **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?**  ☑ Yes  ☐ No

*If no, explain why not:* _____

**(5)** **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*

a. ☑  (1) Where the Defendant lives or does business.
     (2) Where the Plaintiff's property was damaged.
     (3) Where the Plaintiff was injured.

(4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐  Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐  Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐  Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐  Other *(specify):* _____

**(6)** **List the zip code of the place checked in ⑤ above** *(if you know):* 90047

**(7)** **Is your claim about an attorney-client fee dispute?**  ☐ Yes  ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8)** **Are you suing a public entity?**  ☐ Yes  ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9)** **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes  ☑ No  *If yes, the filing fee for this case will be higher.*

**(10)** I understand that by filing a claim in small claims court, I have no right to appeal this claim.

**(11)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 3/18/2010   KATRESE L NICKELSON      *[signature]*
           *Plaintiff types or prints name here*       *Plaintiff signs here*

Date: _____
           *Second Plaintiff types or prints name here*    *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response.* (Civil Code, § 54.8.)

Exhibit p. 5

| SC-100 | Information for the Defendant (the person being sued) |

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500, including a sole proprietor. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

**Do I need a lawyer?**
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?**
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

**What if I need an accommodation?**
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?**
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

**Where can I get the court forms I need?**
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

**What happens at the trial?**
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?**
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
○ If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
• If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

**Do I have options?**
Yes. If you are being sued, you can:
• **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, you must notify the court. Ask the Small Claims Advisor for help.
• **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
• **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
• **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
• **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
• **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:
• You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
• You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
• You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**Need help?**
Your county's Small Claims Advisor can help for free.

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

Exhibit p. 6

## SC-100 — Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/prepararse.htm*

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota para emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en: *www.courtinfo.ca.gov/forms*

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días después de la decisión del juez.

- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/apelar.htm*

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.

- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:

- No pagó ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o

- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o

- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

**Reclamo del Demandante y ORDEN
Para ir a la Corte de Reclamos Menores**

SC-100, Page 5 of 5

Exhibit p. 7

1 | Katrese L. Nickelson
MAILING: PO Box 37
2 | Harbor City, CA  90710
1518 W. 105th Street
3 | Los Angeles, CA  90047
(310) 245-8083 phone
4 |
5 | Plaintiff, Pro Se
6 |
7 |
8 | SUPERIOR COURT OF CALIFORNIA
9 | COUNTY OF LOS ANGELES
10 |
11 | KATRESE L NICKELSON,                         Case No.
                               Plaintiff,
12 |      vs.                                    **SMALL CLAIMS CASE # 10M02678**
13 | CITICORP CREDIT SERVICES, INC d.b.a         TRIAL DATE:
14 | CITIBANK (SD), N.A.,                        5/06/2010,  8:30AM,  Dept 90, Room 541
                               Defendant.
15 |
16 |
17 |                        **INTRODUCTION**
18 |     (1)     This action arises out of Citicorp Credit Services, Inc. d.b.a. Citibank (SD), N.A.'s
19 | multiple violation of the 15 U.S.C. §1681 et seq. (Fair Credit Reporting Act, hereinafter "FCRA"), the
20 | Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 et seq. ("RFDCPA"), and
21 | the Consumer Credit Reporting Agencies Act (CCRAA) §1785 et seq.
22 |
23 |                   **JURISDICTION AND VENUE**
24 |     (2)     **Jurisdiction.**  The Court has jurisdiction over this matter based upon 28 U.S.C. §1331,
25 | 15 U.S.C. §1681p, and California Civil Code §1788.30(f)
26 |     (3)     **Venue.**   Venue is appropriate in this court because the Defendant does business in this
27 | district and because the events giving rise to Plaintiff's causes of action against Defendant occurred
28 |

1

within the State of California and the County of Los Angeles.

## PARTIES

(4)    Plaintiff is, and at all times mentioned herein, an individual citizen of the State of California and a resident of Los Angeles.

(5)    Plaintiff is informed and believed that Defendant Citicorp Credit Services, Inc. d.b.a. Citibank (SD), N.A. is at all times mentioned herein a business operating from 1 Court Square, Long Island, NY 11120.

## STATEMENT OF FACTS

(6)    Plaintiff is, at all times mentioned herein, a "consumer" as that term is defined by the by 15 U.S.C. §1681(a)(c).

(7)    Plaintiff is, at all times mentioned herein, a "debtor" as that term is defined by the California Civil Code §1788.2(h).

(8)    Plaintiff is a "consumer" as that is defined by the California Civil Code §1785.3(b).

(9)    Defendant regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about a person's transactions or experiences with any consumer. Defendant is a "furnisher of information to consumer reporting agencies" as defined by FCRA 15 U.S.C. § 1681s-2.

(10)    Defendant is, at all times mentioned herein, a "debt collector" as that term is defined by California Civil Code 1788.2(c) and is a "person" as that term is defined by the California Civil Code §1788.2(g).

(11)    Defendant is a "creditor" as that term is defined by California Civil Code 1785.26(1)

(12)    The underlying alleged debt that is the subject of this action is a "debt" as that term is defined by California Civil Code §1788.2(d).

2

(13)   On or about August 4, 2009 Plaintiff obtained her Equifax credit report and discovered that the Defendant is reporting false and misleading information regarding Plaintiff's accounts. Defendant is falsely reporting that Plaintiff's Zales account # 6035 is not paid.  (Exhibit A)

(14)   Plaintiff has knowledge that the current status of the Zales Account # 6035 is PAID chargeoff, but the Defendant is not reporting it as paid.

(15)   Moreover, on or about August 2009, Plaintiff also discovered that the Defendant is falsely reporting in the CURRENT STATUS section of Plaintiff's Equifax report that Citibank Account # 5424 is "CHARGE OFF", and under the PAYMENT HISTORY section falsely reporting that the account was charged off in JANUARY 2009 and JUNE 2009. (Exhibit B)

(16)   Plaintiff has knowledge that the current status of the Citibank Account # 5424 is PAID charge off.  Moreover, Plaintiff has knowledge that the Citibank Account # 5424 was charged off in September 2008, not in January 2009, or June 2009.  The Defendant has unlawfully re-aged the chargeoff date from September 2008 to January 2009 and June 2009.

(17)   Defendant has unlawfully re-aged the chargeoff dates on Plaintiff's credit card accounts, Accounts # 5424 and # 6035, by falsely reporting both her accounts as current/recent charged-offs, and are falsely reporting both accounts with a CURRENT STATUS of "CHARGEOFF", instead of PAID. (Exhibit A and Exhibit B)

(18)   The Defendant's false reporting on the Zales account #6035 that it is not paid, and the unlawful re-aging of the charge-off date and the current status on Plaintiff's credit card Account # 5424, has severely affected Plaintiff's credit rating.  As it now falsely appears that Plaintiff's Zales account is not paid, and that both accounts are current charge-offs/delinquencies in 2009, and still currently delinquent.  And as such, is extremely misleading to current and potential lenders.

(19)   In regards to account # 5424, an account can only be charged off once, not charged off

3

1    over and over again in subsequent months.  The PAYMENT HISTORY section should reflect only one

2    "CO" notation corresponding with the month that the account was charged off, in September 2008

3        (20)    On or about August 2009 Plaintiff disputed the inaccurate and false and misleading

4    information with Equifax Information Services LLC.  Plaintiff disputed the CURRENT STATUS of

5    "CHARGE-OFF" on the Zales account # 6035 and Citibank account # 5424.  Plaintiff also disputed the

6    "CO" (charge-off) notation in June 2009 and January 2009 under the PAYMENT HISTORY section.

7    (Exhibit C)

8

9        (21)    Again, Plaintiff has knowledge that the CURRENT STATUS of both the Citibank

10   account # 5424 and the Zales account # 6035 is "PAID".

11

12       (22)    Again, Plaintiff has knowledge that the Citibank account # 5424 was charged off in

13   September 2008, not in June 2009 and January 2009 as the Defendant reported.

14       (23)    On or about September 2009 Plaintiff received notice from Equifax that the Defendant

15   subsequently verified the inaccurate reporting on Account # 5424 and Account # 6035, to Equifax, as

16   complete and accurate.  Under FCRA 15 U.S.C. § 1681n, "Any person who willfully fails to comply

17   with any requirement imposed under this title with respect to any consumer is liable to that consumer.

18   And further, pursuant to 15 U.S.C. §1681o, any person who is negligent in failing to comply with any

19   requirement imposed under this title with respect to any consumer is liable to that consumer."

20

21       (24)    Defendant violated FCRA 15 U.S.C. §1681s-2(b)(1)(A) for willful failure to conduct an

22   investigation with respect to the disputed information, after notice of the dispute from consumer.  Under

23   15 U.S.C. § 1681n, willful failure to comply with this requirement triggers liability to the consumer.

24

25       (25)    Defendant  violated FCRA 15 U.S.C. § 1681s-2(b) by willfully verifying inaccurate

26   information (CURRENT STATUS as "CHARGE OFF") on Zales account # 6035, to Equifax, after

27   notice of dispute.  Under 15 U.S.C. § 1681n, willful failure to comply with this requirement triggers

28

4

liability to the consumer.  (Exhibit D)

(26)    Defendant violated FCRA 15 U.S.C. § 1681s-2(b) by willfully verifying inaccurate information (CURRENT STATUS as "CHARGE OFF") on Account # 5424, to Equifax, after notice of dispute.  Under 15 U.S.C. § 1681n, willful failure to comply with this requirement triggers liability to the consumer.  (Exhibit E)

(27)    Defendant violated FCRA 15 U.S.C. § 1681s-2(b) by willfully verifying inaccurate information (chargeoff dates of JUNE 2009 and JANUARY 2009) on Account # 5424, to Equifax, after notice of dispute.  Under 15 U.S.C. § 1681n, willful failure to comply with this requirement triggers liability to the consumer.  (Exhibit E)

(28)    Defendant violated the California Rosenthal FDCPA, California Civil Code §1788.17, which incorporates 15 U.S.C. §1692e(2)(A) of the FDCPA, by reporting false and misleading information to Equifax, that Zales account #6036 is not paid, and that the CURRENT STATUS is "CHARGE OFF." Under the California Rosenthal FDCPA, Civil Code §1788.17, which incorporates 15 U.S.C. §1692k, willful failure to comply with this requirement triggers liability to the consumer.

(29)    Defendant violated the California Rosenthal FDCPA, California Civil Code §1788.17, which incorporates 15 U.S.C. §1692e(2)(A) of the FDCPA, by reporting false and misleading information to Equifax, that the CURRENT STATUS of Account # 5424 is "CHARGE OFF." Under the California Rosenthal FDCPA, Civil Code §1788.17, which incorporates 15 U.S.C. § 1692k, willful failure to comply with this requirement triggers liability to the consumer.

(30)    Defendant violated the California Rosenthal FDCPA, California Civil Code §1788.17, which incorporates 15 U.S.C. §1692e(2)(A) of the FDCPA, by reporting false and misleading information to Equifax, that Account # 5424 was charged off in JUNE 2009 and JANUARY 2009. Under the California Rosenthal FDCPA, Civil Code §1788.17, which incorporates 15 U.S.C. § 1692k,

5

willful failure to comply with this requirement triggers liability to the consumer.

(31)   Defendant violated CCRAA Civil Code §1785.25(a) by willfully reporting inaccurate information to Equifax that Zales account #6036 is not paid, and that the CURRENT STATUS is "CHARGE OFF.", thereby falsely reporting the legal status of the account.  Under CCRAA Civil Code §1785.31, failure to comply with this requirement triggers liability to the consumer.

(32)   Defendant violated CCRAA Civil Code §1785.25(a) by willfully reporting inaccurate information to Equifax that the CURRENT STATUS of Account # 5424 is "CHARGE OFF", thereby falsely reporting the legal status of the account.  Under CCRAA Civil Code §1785.31, failure to comply with this requirement  triggers liability to the consumer.

(33)   Defendant violated CCRAA Civil Code §1785.25(a) by willfully reporting inaccurate information to Equifax that Account # 5424 was charged off in JUNE 2009 and JANUARY 2009, thereby falsely reporting the legal status of the account.  Under CCRAA Civil Code §1785.31, failure to comply with this requirement triggers liability to the consumer.

### FIRST CAUSE OF ACTION

### VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

### (FCRA) § 1681 et seq

(34)   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

(35)   The foregoing acts and omissions of the Defendant constitute numerous and multiple violations of the FCRA, §1681 et seq. including but not limited to each and every one of the above-cited provisions of the FCRA, §1681 et seq.

(36)   As a result of the Defendant's willful and knowing repeated violations of FCRA, 15 U.S.C. §1681 et seq., Plaintiff is entitled to an award $1,000.00 in statutory damages pursuant to FCRA

6

§ 1681n.

## SECOND CAUSE OF ACTION

## VIOLATION OF THE CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION

## PRACTICES ACT

## (RFDCPA) §1788 *ET SEQ*.

(37)   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

(38)   The foregoing acts and omissions of the Defendant constitute numerous and multiple violations of the RFDCPA, including but not limited to each and every one of the above-cited provisions of the RFDCPA, Cal. Civil §1788 et seq.

(39)   As a result of the Defendant's willful and knowing repeated violations of Civil Code §1788 et seq., Plaintiff is entitled to an award of $1,000.00 in statutory damages pursuant to Civil Code §1788.30.

## THIRD CAUSE OF ACTION

## VIOLATION OF THE CONSUMER CREDIT REPORTING AGENCIES ACT

## (CCRAA) §1785 *ET SEQ*

(40)   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

(41)   The foregoing acts and omissions of the Defendant constitute numerous and multiple violations of the CCRAA, including but not limited to each and every one of the above-cited provisions of the CCRAA, Cal. Civil §1785 et seq.

(42)   As a result of the Defendant's willful and knowing repeated violations of Civil Code §1785 et seq., Plaintiff is entitled to an award of not more than $5,000.00 in statutory damages for each

7

violation pursuant to Civil Code §1785.31.

## PRAYER FOR RELIEF

(43)    WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff the following relief against Defendant:

### FIRST CAUSE OF ACTION

### VIOLATION OF THE FAIR CREDIT REPORTING PRACTICES ACT

### (FCRA) §1681-*ET SEQ*

(44)    As a result of Defendant's multiple violation of FCRA §1681 et seq., Plaintiff seeks not less than $1,000.00 in statutory damages for each and every violation pursuant to FCRA §1681k.

### SECOND CAUSE OF ACTION FOR VIOLATION OF

### THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

### (RFDCPA) §1788 *ET SEQ.*

(45)    As a result of Defendant's multiple violation of RFDCPA §1788 et seq, Plaintiff seeks not more than $1,000.00 in statutory pursuant to RFDCPA, Civil Code §1788.30(b).

### THIRD CAUSE OF ACTION

### VIOLATION OF THE CONSUMER CREDIT REPORTING AGENCIES ACT

### (CCRAA) §1785 *ET SEQ*

(46)    As a result of Defendant's multiple violation of CCRAA §1785 et seq, Plaintiff seeks not more than $5,000.00 in statutory damages for each violation pursuant to CCRAA, Civil Code §1785 et seq.

(47)    WHEREFORE, Plaintiff requests that judgment be entered against Defendant as follows:

(1)  $3,000; for violations of the **FCRA 15 U.S.C. §1681**et seq.

(2)  $1,000; for violation of the **RFDCPA Cal. Civil Code §1788** et seq.

8

(3)  $3,000; for violation of the **CCRAA Cal. Civil Code §1785 et seq.**

(4)  Punitive damages; as the Court may deem just and proper

(5)  Attorney fees, if they arise in the course of this action;

(6)  Court Costs; and

(7)  Such other relief as the Court deems proper.

RESPECTFULLY SUBMITTED, this 17th day of March 2010

_Katrese Nickelson_

Katrese L Nickelson, Pro Per

9

# EXHIBIT  A

**ZALES OUTLET/HSB**

110 Lake Dr/Att S Walker
Pencader Corp Center
Newark, NJ-07104

*not Reported as Paid*

| | | | |
|---|---|---|---|
| Account Number: | **REDACTED** | Current Status: | CHARGE-OFF |
| Account Owner: | Individual Account. | High Credit: | $1,466 |
| Type of Account ⬇: | Revolving | Credit Limit: | $968 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 08/2007 | Balance: | $0 |
| Date Reported: | 07/2009 | Amount Past Due: | $0 |
| Date of Last Payment: | 01/2008 | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $0 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 08/2008 | Months Reviewed: | 16 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Charge Account |
| Date of First Delinquency: | 02/2008 | | |
| Comments: | Consumer disputes this account information, Account closed at consumers request | | |

**81-Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2009 | * | * | * | * | * | * | | | | | | |
| 2008 | * | * | 30 | 60 | 90 | 120 | 150 | CO | * | * | * | * |
| 2007 | | | | | | | | * | * | * | * | * |

*A*

Exhibit p. 18

# EXHIBIT  B

Equifax Personal Solutions: Credit Reports, Credit Scores, Protection against Identity In...   Page 1 of 1

**CITI CARDS CBSDNA**

PO Box 6500
C/O Citi Corp
Sioux Falls, SD-571176500

*— current status is won[...]*
*— not reported*
*as PAID charge of[...]*

| | | | |
|---|---|---|---|
| Account Number: | **REDACTED** | Current Status: | **CHARGE-OFF** |
| Account Owner: | Individual Account. | High Credit: | $0 |
| Type of Account ⑦: | Revolving | Credit Limit: | $2,300 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 08/2006 | Balance: | $0 |
| Date Reported: | 07/2009 | Amount Past Due: | $0 |
| Date of Last Payment: | 07/2008 | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $0 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 29 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | 08/2007 | Type of Loan: | Credit Card |
| Date of First Delinquency: | 09/2007 | | |
| Comments: | Consumer disputes this account information, Paid charge off | | |

**81-Month Payment History**   *charge off dates are wrong*

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2009 | CO | * | * | * | * | CO | | | | | | |
| 2008 | * | * | 60 | 90 | 120 | 90 | 120 | 150 | CO | CO | CO | CO |
| 2007 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2006 | | | | | | | * | * | * | * | * | |

*β*

**Exhibit p. 20**

# EXHIBIT C

VIA U.S. MAIL 0103 8555 7497 4141 3432

August 4, 2009                              *Copy*

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374


Re:    Zales Outlet/HSB #           **REDACTED**
       Report # 9716276535

Dear Equifax,

I am writing to dispute the **Current Status: Charge-off** because it is wrong.

Sincerely,

Katrese L Nickelson
PO Box 37
Harbor City, CA  90710

*C*

**Exhibit p. 22**

VIA U.S. MAIL 0103 8555 7497 4141 3432

*COPY*

August 4, 2009

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374

Re:  Citi Cards CBSDNA #        **REDACTED**
     Report # 9716276535

Dear Equifax,

I am writing to dispute the **CO notation in Jan 2009 and Jun 2009, and the Current Status: Charge-off** because it is wrong.

Sincerely,

Katrese L Nickelson
PO Box 37
Harbor City, CA  90710

C-1

# EXHIBIT D

Equifax Personal Solutions  —  dit Reports, Credit Scores, Protection  ainst Identity Th... Page 1 of 25



## Equifax Credit Report ™ for Katrese L. Nickelson

As of: 09/10/2009
Available until: 09/10/2010                                           Report Does Not Update
Confirmation #: 9753360461

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.



D

Equifax Personal Solutions: Credit Reports, Credit Scores, Protected ...

Redacted

- not Reported as paid
- Current status is wron
  shald be paid charge
  o

SALES OUTLET/HSB

110 Lake Dr/Att S Walker
Pencader Corp Center
Newark, NJ-07104

## REDACTED

| | | | |
|---|---|---|---|
| Account Number: | | urrent Status: | CHARGE-OFF |
| Account Owner: | Individual Account. | High Credit: | $1,466 |
| Type of Account: ?? | Revolving | Credit Limit: | $968 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 2007/08 | Balance: | $0 |
| Date Reported: | 07/2009 | Amount Past Due: | $0 |
| Date of Last Payment: | 01/2008 | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $0 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 08/2008 | Months Reviewed: | 16 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Charge Account |
| Date of First Delinquency: | 02/2008 | | |
| Comments: | Consumer disputes this account information, Account closed at consumers request | | |

81-Month Payment History

D-1

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2009 | • | • | • | • | • | • | | | | | | |
| 2008 | • | • | 30 | 60 | 90 | 120 | 150 | CO | • | • | • | • |
| 2007 | | | | | | | | • | • | • | • | • |

Redacted

D-2

# EXHIBIT E



## Equifax Credit Report ™ for Katrese L. Nickelson

As of: 09/10/2009
Available until: 09/10/2010
Confirmation #: 9753360461

Report Does Not Update

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.





2006

| CITIBANK SD. NA | 5424180597 88XXXX | 08/2006 | $0 | 07/2009 | $0 | CHARGE-OFF | $2,300 |

CITI CARDS CBSDNA

PO Box 6500
C/O Citi Corp
Sioux Falls, SD-571178500



*— current status is wrong*
*— should be Paid chargeoff*

**REDACTED**

| | | | |
|---|---|---|---|
| Account Number: | | Current Status: | CHARGE-OFF |
| Account Owner: | Individual Account. | High Credit: | $0 |
| Type of Account 21: | Revolving | Credit Limit: | $2,300 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 2006/08 | Balance: | $0 |
| Date Reported: | 07/2009 | Amount Past Due: | $0 |
| Date of Last Payment: | 07/2008 | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $0 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 29 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | 08/2007 | Type of Loan: | Credit Card |
| Date of First Delinquency: | 09/2007 | | |
| Comments: | Consumer disputes this account information, Paid charge off | | |

81-Month Payment History    *wrong chargeoff dates*

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2009 | CO | | | | | CO | | | | | | |
| 2008 | | | 60 | 90 | 120 | 90 | 120 | 150 | CO | CO | CO | CO |
| 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |

*Redacted*

*E-1*



CERTIFIED MAIL

7007 2680 0001 6742 3540

Kamille Nickelson
1016 W. 109th Place #6
Los Angeles, CA 90044

C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Exhibit p. 31

**PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                                  )   ss
COUNTY OF LOS ANGELES   )

       I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

       On April 23, 2010, I served the foregoing document(s) described as: **NOTICE OF REMOVAL OF DEFENDANT** on the interested parties in this action as follows:

> Katrese L. Nickelson
> 1518 W. 105th Street
> Los Angeles, CA 90047
>
> P.O. Box 37
> Harbor city, CA 90710

☑   **(VIA PERSONAL SERVICE** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☐   **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐   **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐   **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

       I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

       Executed on April 23, 2010, at Los Angeles, California.

Rennie Santhon
[Type or Print Name]                     [Signature]

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51259498v1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV10- 3076 JFW (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>Katrese L. Nickelson - Pro per | DEFENDANTS<br>Citibank (South Dakota), N.A. |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Katrese L. Nickelson<br>1518 W. 105th Street<br>Los Angeles, California 90047 | Attorneys (If Known)<br>Julia B. Strickland / Marcos D. Sasso<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East, Suite 1600<br>Los Angeles, California 90067 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☑ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. section 1681, et seq.; alleged improper credit reporting in violation of FCRA

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☑ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability
**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157
**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition
**FORFEITURE/ PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act
**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark
**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:**   Case Number: _____   CV10-03076

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | South Dakota |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, California | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date April 23, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                        ) ss
COUNTY OF LOS ANGELES  )

     I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action.  My business address is: 2029 Century Park East, Los Angeles, CA  90067-3086.

     On April 23, 2010, I served the foregoing document(s) described as: **CIVIL COVER SHEET** on the interested parties in this action as follows:

> Katrese L. Nickelson
> 1518 W. 105th Street
> Los Angeles, CA 90047
>
> P.O. Box 37
> Harbor city, CA 90710

☑ **(VIA PERSONAL SERVICE** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☐ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

     I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on April 23, 2010, at Los Angeles, California.

Rennie Santhon
[Type or Print Name]               [Signature]

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51259498v1